IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Louis Cano, individually and on behalf of all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>Comprehensive ENT Center of Texas PA,<br>*Defendant*. | NO. 1:25-CV-00166-ADA |

### ORDER

On November 10, 2025, Plaintiff Louis Cano submitted a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 17. Plaintiff dismissed the action voluntarily, citing Rule 41(a), explaining that Defendant had not filed an answer or motion by the date of the filing. *Id.* This unilateral dismissal requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Plaintiff's action is therefore **DISMISSED WITH PREJUDICE.** Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case.

SIGNED ON NOVEMBER 11, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE